## No. 5588.

### CATHERINE WITHERELL VS. W. H. WITHERELL, HER HUSBAND.

A married woman cannot sue her husband upon his note and obtain judgment thereon, when she does not pretend to be separate in property, nor allege his embarrassment and consequent endangering of her rights, nor seek a dissolution of the community, nor is suing to recover the possession and administration of any specific paraphernal property. A simple moneyed judgment against him, the community still existing, cannot stand, and a sale of his effects and her purchase thereunder is invalid.

A judgment in favor of the wife against the husband, rendered on his confession alone, will be reversed.

A creditor of the husband may appeal from such judgment and urge its invalidity.

APPEAL from the Fourth District Court of New Orleans.    LYNCH, J.

*Singleton & Browne* and *Crane* for plaintiff.    *Merrick, Race & Foster* for the Creditor Appellant.

SPENCER, J., delivered the opinion reversing the judgment.